THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES WATERS, Appellant.—Judgment of the County Court, Nassau County, rendered August 14, 1967, affirmed. No opinion. (Contrary to the briefs of the parties, it does not appear that an appeal was taken from the order of said court dated November 1, 1967. However, were such appeal before this court we would have affirmed the order.) Christ, Acting P. J., Brennan, Rabin, Munder and Martuscello, JJ., concur.

JEANETTE SILVA et al., Appellants, v. GREEN BUS LINE et al., Respondents.—In an action to recover damages for personal injuries, medical expenses and loss of services, plaintiffs appeal, as limited by their brief, from so much of an order of the Supreme Court, Queens County, dated September 11, 1967, as, upon reconsideration, adhered to a previous determination denying plaintiffs' application for a general preference. Order reversed, insofar as appealed from, on the law and the facts, with $10 costs and disbursements, payable by all respondents jointly, and application granted. In our opinion, the uncontradicted facts are sufficient to warrant a verdict in excess of $10,000. Christ, Brennan, Rabin and Hopkins, JJ., concur; Beldock, P. J., dissents and votes to affirm the order insofar as appealed from.

ANDREW L. STABOFSKY, by His Substituted Guardian ad Litem ANDREW PEREZ, et al., Appellants, v. CITY OF NEW YORK, Defendant, and NEW YORK CITY HOUSING AUTHORITY, Respondent.— In a negligence action to recover damages for personal injuries sustained by the infant plaintiff and for loss of services, etc., incurred by his mother, the appeal is from so much of a judgment of the Supreme Court, Queens County, entered April 25, 1967, as is in favor of defendant New York City Housing Authority, on the trial court's dismissal of the complaint at the close of plaintiffs' case upon a jury trial. (An appeal from the portion of the judgment which is in favor of defendant City of New York was withdrawn by stipulation dated January 26, 1968.) Judgment reversed insofar as appealed from, on the law, new trial granted as between plaintiffs and defendant New York City Housing Authority, and severance of action accordingly granted, with costs to plaintiffs to abide the event of the new trial. No questions of fact were considered on this appeal. In our opinion, plaintiffs made out a prima facie case and were entitled to have the jury decide the issues. Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.